IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MINNIE McCALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv1113-MHT |
| | ) | (WO) |
| MONTGOMERY HOUSING | ) | |
| AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit asserting discrimination, negligence, and other claims related to her housing. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss plaintiff's complaint be granted in part and denied in part. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of November, 2017.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**