IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MINNIE McCALL,                )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )     2:14cv1113-MHT
                              )         (WO)
MONTGOMERY HOUSING            )
AUTHORITY, et al.,            )
                              )
     Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 64) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 61) is adopted.

(3) Defendants' motion to dismiss (doc. no. 41) is granted in part and denied in part, as follows:

   (a) Plaintiff's claims against defendants Nona Eath and Montgomery Board of Commissioners are

dismissed without prejudice for failure to perfect service, and said defendants are terminated as parties to this action.

(b) Plaintiff's claims for declaratory and injunctive relief, due process, negligence, civil conspiracy, and disability discrimination are dismissed without prejudice for failure to state a claim upon which relief can be granted.

(c) Plaintiff's claims for race discrimination and retaliation under the Fair Housing Act will proceed.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 28th day of November, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**